**Rule 1915.4-1. Alternative Hearing Procedures for Partial Custody Actions.**

(a)  A custody action shall proceed as prescribed by **[Rule]Pa.R.C.P. No.** 1915.4-3 unless the court, by local rule, adopts the alternative hearing procedure authorized by **[Rule]Pa.R.C.P. No.** 1915.4-2 pursuant to which an action for partial custody may be heard by a hearing officer, except as provided in subdivision (b) **[below]**.

(b)  Promptly after the parties' initial contact with the court as set forth in **[Rule]Pa.R.C.P. No.** 1915.4(a), a party may move the court for a hearing before a judge, rather than a hearing officer, in an action for partial custody where:

(1)  there are complex questions of law, fact or both**[,];** or
(2)  the parties certify to the court that there are serious allegations affecting the child's welfare.

(c)  The president judge or the administrative judge of the family division of each county shall certify that custody proceedings generally are conducted in accordance with either **[Rule]Pa.R.C.P. No.** 1915.4-2 or **[Rule]Pa.R.C.P. No.** 1915.4-3. The certification shall be filed with the Domestic Relations Procedural Rules Committee of the Supreme Court of Pennsylvania and shall be substantially in the following form:

I hereby certify that _____ County conducts its custody proceedings in accordance with **[Rule]Pa.R.C.P. No.** _____.

_____
(President Judge)

_____
(Administrative Judge)

*Note:* Pursuant to **[Rule]Pa.R.C.P. No.** 1915.4-1, the following counties have certified to the Domestic Relations Procedural Rules Committee that their custody proceedings generally are conducted in accordance with the rule specified below:

| COUNTY | RULE |
| --- | --- |
| * * * | |
| Northumberland | **[1915.4-2]1915.4-3** |
| * * * | |